**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**MICHEAL N. MARSHALL**  CIVIL ACTION NO.

**VERSUS**  19-347-BAJ-EWD

**ASSUMPTION PARISH**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on October 23, 2019.

						**ERIN WILDER-DOOMES**
						**UNITED STATES MAGISTRATE JUDGE**

Certified Mail 7018 0360 0001 1615 8760

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**MICHEAL N. MARSHALL**                    **CIVIL ACTION NO.**

**VERSUS**                                 **19-347-BAJ-EWD**

**ASSUMPTION PARISH**

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

*Pro se* Plaintiff Micheal N. Marshall ("Marshall") filed his Complaint in this matter on May 30, 2019.[1] The requisite filing fee was not paid at the time the Complaint was filed. On June 6, 2019, the Court ordered Marshall to either pay the $400.00 filing fee or to complete and submit form AO 239 - Application to Proceed in District Court without Prepaying Fees or Costs ("Long Form") within twenty-one (21) days. The Long Form was attached to the Court's June 6, 2019 Order. The June 6, 2019 Order further advised Marshall that failure to comply with the order may result in dismissal of the Complaint without further notice. The Clerk of Court was instructed to send a copy of the order to Marshall via certified mail to 406 Highway 1000, Belle Rose, LA 70341.[2] On July 8, 2019 the Court received notice that the June 6, 2019 Order was returned as unclaimed and unable to forward.[3]

On July 25, 2019, the Court issued an order scheduling a show cause hearing on August 14, 2019 for Marshall to personally appear to show cause as to why his claims should not be dismissed for failure to pay the filing fee in the amount of $400.00 or complete and submit the attached Long Form. The Clerk of Court was instructed to send a copy of the July 25, 2019 Order to Marshall via certified mail to 406 Highway 1000, Belle Rose, LA 70341, the address provided

---

[1] R. Doc. 1.
[2] R. Doc. 2.
[3] R. Doc. 3.

by Marshall in his Complaint. In lieu of appearing on August 14, 2019, Marshall was allowed to pay the filing fee of $400.00 or complete and submit the Long Form by no later than August 9, 2019.[4] Marshall did not appear for the show cause hearing, nor did he respond to the July 25, 2019 Order.[5]

Local Civil Rule 41(b)(4) provides that "failure of an attorney or pro se litigant to keep the Court apprised of an address change may be considered cause for dismissal for failure to prosecute, when a notice is returned to a party or the Court for the reason of an incorrect address and no correction is made to the address for a period of thirty days." Dismissal under this Rule "shall be without prejudice."[6] More than thirty days have passed since mail has been returned to the Court from the address provided by Marshall and he did not appear for a subsequent show cause hearing.

## RECOMMENDATION

It is **RECOMMENDED** that this matter be **DISMISSED WITHOUT PREJUDICE**, with reinstatement allowed within 30 days for good cause shown, for Plaintiffs' failure to pay the filing fee and failure to keep the Court apprised of an address change.

**IT IS ORDERED** that the Clerk of Court is to provide this Magistrate Judge's Report and Recommendation to plaintiff, Micheal N. Marshall, via certified mail, return receipt requested to 406 Highway 1000, Belle Rose, LA 70341.

Signed in Baton Rouge, Louisiana, on October 23, 2019.



**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[4] R. Doc. 4.
[5] Although no return is in the record as of the issuance of this Report, the status of tracking number 7018 0360 0001 1615 8999 was reviewed on usps.com and, as of August 14, 2019, the letter was unclaimed/being returned to sender.
[6] Local Civil Rule 41(b)(3).