UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHEAL N. MARSHALL                                    CIVIL ACTION

VERSUS

ASSUMPTION PARISH                                  NO.: 19-00347-BAJ-EWD

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 6)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Plaintiff Micheal Marshall's failure to pay the requisite filing fee when he filed his Complaint (Doc. 1), and failure to notify the Court of an address change. The Court issued an Order (Doc. 2) directing the Plaintiff to either pay the $400.00 filing fee or to complete and submit an Application to Proceed in District Court without Prepaying Fees or Costs. The Order advised Plaintiff that failure to comply may result in dismissal of the Complaint without further notice. The Clerk of Court sent a copy of the Order to Plaintiff via certified mail. The Court later received notice that the Order was returned as unclaimed and unable to be forward. (Doc. 6 at p. 2). The Magistrate Judge recommended that this matter be dismissed without prejudice to reinstatement within 30 days if Plaintiff provided good cause to show why he failed to abide by the Court's intervention. Plaintiff failed to do so.

1

The Report and Recommendation notified the parties that, pursuant to 42 U.S.C. § 636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. Neither party filed a response.

Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

**IT IS ORDERED** that Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that reinstatement of this matter is permitted within 30 days for good cause shown for Plaintiff's failure to pay the filing fee and failure to notify the Court of the change of address.

Baton Rouge, Louisiana, this 13th day of November, 2019.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA